UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
Case Number: 09-20751-CIV-MORENO

RICKY R. STATEN,

    Plaintiff,

vs.

JACQUES FELIPE LAMOUR, CHIEF
MEDICAL OFFICER, DESOTO
CORRECTIONAL INSTITUTION, FLORIDA
DEPARTMENT OF CORRECTIONS, and
DAVID SANCHEZ, MEDICAL DOCTOR,
LARKIN COMMUNITY HOSPITAL,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND TRANSFERRING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Complaint **(D.E. No. 1)**, filed on **March 24, 2009**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 11)** on **May 18, 2009**. The Court has reviewed the entire file and record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 11)** on **May 18, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ADJUDGED** that the Clerk shall transfer this case to the United States District Court for the Middle District of Florida, Fort Myers Division.

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of June, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to: Counsel of Record and
United States Magistrate Judge Patrick A. White